IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN STEPHENS SCHAEFER, Individually and as Administrator of the Estate of JOHN STANLEY SCHAEFER, deceased, and on behalf of all wrongful death beneficiaries | § § § § § § § § § § § § § § | Civil Action No. 1:15-CV-00163-SS |
| Plaintiff, | | |
| v. | | |
| JONATHAN WHITTED and THE CITY OF AUSTIN | | |
| Defendants. | | |

## **PLAINTIFF'S ALTERNATIVE DISPUTE RESOLUTION REPORT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE SAM SPARKS:

Plaintiff files this ADR Report pursuant to Local Rule CV-88

1. <u>Status of Settlement Negotiations</u>: On June 5, 2015 the attorney in charge for Defendants informed the attorneys for Plaintiff that settlement was not on option for the City.

2. <u>Identify of Persons Responsible for Settlement Negotiations</u>: Chris Edwards on behalf of all defendants, Robert Alden on behalf of plaintiff.

3. <u>Appropriateness of ADR:</u> Defendants have unequivocally stated that settlement if not an option; therefore, plaintiff believes mediation would be an unnecessary expense.

4. Counsel certifies by his signature below that his client has been informed of the ADR procedures available in this district.

Respectfully submitted,

**BYRD DAVIS FURMAN & ALDEN, LLP**
707 West 34th Street
Austin, Texas 78702
Tel.    512-454-3751
Fax.    512-451-5857

By    /s/ Robert C. Alden
        ROBERT C. ALDEN
        State Bar No. 00979680
        ralden@byrddavis.com


**EDWARDS LAW**
1101 East 11th Street
Austin, Texas 78702
Tel.    512-623-7727
Fax.    512-623-7729

JEFF EDWARDS
State Bar No. 24014406
jeff@edwards-law.com
SCOTT MEDLOCK
State Bar No. 24044783
scott@edwards-law.com


**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document has been served via the Court's e-filing system and via email upon the following counsel of record, on October 13, 2015:

Chris Edwards, Assistant City Attorney
chris.edwards@austintexas.gov
City of Austin Law Department
P. 0. Box 1546
Austin, Texas 78767-1546
Telephone: (512) 974-2419
Facsimile: (512) 974-1311

                                               /s/ Robert C. Alden
                                              ROBERT C. ALDEN