IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN STEPHENS SCHAEFER, Individually and as Administrator of the Estate of JOHN STANLEY SCHAEFER, deceased, and on behalf of all wrongful death beneficiaries | § § § § § § | |
| | § | Civil Action No. 1:15-CV-00163-SS |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| JONATHAN WHITTED and THE CITY OF AUSTIN | § § § | |
| | § | |
| Defendants. | § | |

## NOTICE OF DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, JOHN STEPHENS SCHAEFER, Individually and as Administrator of the Estate of John Stanley Schaefer, deceased, and on behalf of all wrongful death beneficiaries, files this Notice of Dismissal. Defendants have not filed Answers or Motions for Summary Judgment.

Respectfully submitted,

**BYRD DAVIS FURMAN & ALDEN, LLP**
707 West 34th Street
Austin, Texas 78702
Tel.    512-454-3751
Fax.    512-451-5857

/s/ Robert C. Alden
ROBERT C. ALDEN
State Bar No. 00979680
ralden@byrddavis.com

**EDWARDS LAW**

1101 East 11th Street
Austin, Texas 78702
Tel.    512-623-7727
Fax.    512-623-7729

JEFF EDWARDS
State Bar No. 24014406
jeff@edwards-law.com
SCOTT MEDLOCK
State Bar No. 24044783
scott@edwards-law.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served via the Court's e-filing system and via email upon the following counsel of record, on December 14, 2015:

Chris Edwards, Assistant City Attorney
chris.edwards@austintexas.gov
City of Austin Law Department
P. 0. Box 1546
Austin, Texas 78767-1546
Telephone: (512) 974-2419

/s/ Robert C. Alden
ROBERT C. ALDEN